MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMIATY SIDWELL<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC<br><br>Defendant. | Case No.: 2:17-cv-02990-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |

…

…

…

…

…

…

…

43645447;1

Plaintiff Imiaty Sidwell (**Plaintiff**) and Defendant Nationstar Mortgage, LLC (**Nationstar**) hereby stipulate and agree that Nationstar shall have until February 9, 2018 to file a response to Plaintiff's Complaint, currently due on December 26, 2017. This is the first request for an extension and is not intended for the purpose of delay.

Dated: December 19, 2017

| HAINES & KRIEGER, LLC | AKERMAN LLP |
|---|---|
| */s/ David H. Krieger* <br> DAVID H. KRIEGER, ESQ. <br> Nevada Bar No. 9086 <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 <br><br> *Attorneys for Plaintiff* | */s/ Thera A. Cooper* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> THERA A. COOPER, ESQ. <br> Nevada Bar No. 13468 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Nationstar Mortgage, LLC* |

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2017

**UNITED STATES MAGISTRATE JUDGE**

2

43645447;1