MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IMIATY SIDWELL | Case No.: 2:17-cv-02990-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT** |
| NATIONSTAR MORTGAGE, LLC | |
| Defendant. | |

…

…

…

…

…

…

…

…

1

43845024;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff Imiaty Sidwell (**Plaintiff**) and Defendant Nationstar Mortgage, LLC (**Nationstar**) hereby stipulate and agree that Nationstar shall have until March 12, 2018 to file a response to Plaintiff's Complaint, currently due on February 9, 2018. This is the second request for an extension and is not intended for the purpose of delay. Rather, the purpose of this request is to allow the parties to further explore the possibility to resolve the litigation without further court involvement.

Dated: January 18, 2018

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*
DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff*

**AKERMAN LLP**

*/s/ Thera A. Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Nationstar Mortgage, LLC*

**IT IS SO ORDERED.**

Dated this 19th day of January, 2018

**UNITED STATES MAGISTRATE JUDGE**

43845024;1