MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IMIATY SIDWELL<br><br>                  Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC<br><br>                  Defendant. | Case No.: 2:17-cv-02990-RFB-PAL<br><br><br>**NOTICE OF SETTLEMENT** |

…

…

…

…

…

…

…

…

44149020;1

PLEASE TAKE NOTICE that plaintiff Imiaty Sidwell (**Plaintiff**) and defendant Nationstar Mortgage LLC (**Nationstar**) (collectively, **the Settling Parties**), have reached an agreement on all material terms required to settle all of Plaintiff's claims.

The parties are in the process of drafting settlement documents and a stipulation and proposed order dismissing Nationstar from this matter will be forthcoming.

Dated: February 16, 2018.

**AKERMAN LLP**

*/s/ Thera A. Cooper*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Nationstar Mortgage, LLC*

**IT IS ORDERED** that the settling parties shall have until March 19, 2018, to either file a stipulation to dismiss with prejudice, or a joint status report advising the court when the stipulation to dismiss will be filed.

Dated: February 23, 2018

Peggy A. Leen
United States Magistrate Judge

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

44149020;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of February, 2018 service of the foregoing **NOTICE OF SETTLEMENT** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using CM/ECF system for filing and transmittal to all interested parties.

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 South Eastern Avenue, Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*

*/s/ Erin Surguy*
An employee of AKERMAN LLP

44149020;1