MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IMIATY SIDWELL<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC<br><br>Defendant. | Case No.: 2:17-cv-02990-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Nationstar Mortgage LLC (**Nationstar**) and Plaintiff Imiaty Sidwell (**Plaintiff**), by and through their respective counsel of record, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

…

…

…

…

…

…

…

…

…

44290437;1

1

The parties further stipulate and agree each party shall bear its own fees and costs.

| | |
|---|---|
| Dated March 6, 2018.<br>**AKERMAN LLP** | Dated March 6, 2018.<br>**HAINES & KRIEGER, LLC** |
| */s/ Thera A. Cooper*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar. No. 13468<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Defendant Nationstar Mortgage LLC* | */s/ David H. Krieger*<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 South Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff Imiaty Sidwell* |

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of March, 2018.

2

44290437;1